No. 24-40137

# United States Court of Appeals
# for the Fifth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellant,*

v.

ALI DANIAL HEMANI,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the Eastern District of Texas, Sherman Division
No. 4:23-CR-18-1

RECORD EXCERPTS FOR APPELLANT UNITED STATES OF AMERICA

Damien M. Diggs
  United States Attorney
  Eastern District of Texas

Bradley Visosky
  Assistant United States Attorney
  101 E. Park Boulevard, Suite 500
  Plano, Texas 75074
  (972) 509-1201

ATTORNEYS FOR THE UNITED STATES

# Table of Contents

| Tab | Description | Record Citation |
|-----|-------------|-----------------|
| 1 | Docket Sheet | ROA.1-11 |
| 2 | Notice of Appeal | ROA.351-352 |
| 3 | Indictment | ROA.12-14 |
| 4 | Order granting Motion to Dismiss Indictment (order appealed from) | ROA.347-348 |

Certificate of Service

# Tab 1

# Docket Sheet

Jump to Docket Table

# U.S. District Court
# Eastern District of TEXAS [LIVE] (Sherman)
# CRIMINAL DOCKET FOR CASE #: 4:23-cr-00018-ALM-KPJ-1

Case title: USA v. Hemani

Date Filed: 02/08/2023

Date Terminated: 02/01/2024

Assigned to: District Judge Amos L. Mazzant, III
Referred to: Magistrate Judge Kimberly C Priest Johnson

Appeals court case number: 24-40137 Fifth Circuit Court of Appeals

**Defendant (1)**

**Ali Danial Hemani**
*TERMINATED: 02/01/2024*

represented by **Camille M Knight**
Law Office of Camille M. Knight
Founders Square
900 Jackson St.
Suite 430
Dallas, TX 75202
214-871-1133
Fax: 214-871-0620
Email: camille@cknightlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Brian George O'Shea**
Office of the Federal Defender - Eastern District (Frisco)
7460 Warren Parkway
Suite 270
Frisco, TX 75070
469-362-8506
Fax: 469-362-6010
Email: brian_oshea@fd.org
*TERMINATED: 03/31/2023*
*Designation: Public Defender or Community Defender Appointment*

**Carl David Medders**
Burleson Pate & Gibson - Dallas

900 Jackson Street
Suite 330
Dallas, TX 75202
Dallas
214-871-4900
Fax: 214-871-7543
Email: dmedders@bp-g.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael John Pannitto**
Federal Public Defender - Sherman
600 E Taylor
Suite 4000
Sherman, TX 75090
903-892-4448
Fax: 903-892-4808
Email: mike_pannitto@fd.org
*TERMINATED: 03/31/2023*
*Designation: Public Defender or Community Defender*
*Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| Possession of a Firearm by a User of a Controlled Substance (1) | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| Felony | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

| **Plaintiff** | | |
| --- | --- | --- |
| **USA** | represented by | **Maureen E Smith** |
| | | U. S. Attorney's Office-Sherman |
| | | 600 East Taylor |
| | | Suite 2000 |
| | | Sherman, TX 75090 |

24-40137.2

903-868-9454
Fax: 19038922792
Email: maureen.smith@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Heather Harris Rattan**
U S Attorney's Office - Plano
101 East Park Blvd, Suite 500
Plano, TX 75074
972/509-1201
Fax: 19725091209
Email: heather.rattan@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2023 | 1 (p.12) | INDICTMENT as to Ali Danial Hemani (1) count(s) 1. (baf, ) (Entered: 02/09/2023) |
| 02/08/2023 | 2 | E-GOV SEALED Form AO 257 filed as to Ali Danial Hemani (baf, ) (Entered: 02/09/2023) |
| 02/10/2023 | | Arrest of Ali Danial Hemani (mmc) (Entered: 02/10/2023) |
| 02/10/2023 | | NOTICE OF HEARING as to Ali Danial Hemani: Initial Appearance set for 2/13/2023 at 09:30 AM in Ctrm A01 (Sherman - Annex) before Magistrate Judge Kimberly C Priest Johnson. (mmc) (Entered: 02/10/2023) |
| 02/13/2023 | 4 (p.15) | Minute Entry for proceedings held before Magistrate Judge Kimberly C Priest Johnson: Initial Appearance as to Ali Danial Hemani held on 2/13/2023. Dft Location: Custody. Arraignment as to Ali Danial Hemani (1) Count 1 held on 2/13/2023. Dft Location: Custody. Attorney Appearances: AUSA - CHRIS EASON; Defense - BRIAN O'SHEA.No exhibits(Court Reporter Digital Recording.) (baf, ) (Entered: 02/13/2023) |
| 02/13/2023 | 5 | SEALED CJA 23 Financial Affidavit by Ali Danial Hemani (baf, ) (Entered: 02/13/2023) |
| 02/13/2023 | 6 (p.17) | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Ali Danial Hemani. Brian George O'Shea for Ali Danial Hemani appointed. Signed by Magistrate Judge Kimberly C Priest Johnson on 2/13/2023. (baf, ) (Entered: 02/13/2023) |
| 02/13/2023 | 7 (p.18) | ORDER SCHEDULING A DETENTION HEARING as to Ali Danial Hemani. Detention Hearing set for 2/16/2023 at 3:00 PM in Ctrm 108 (Plano) before Magistrate Judge Kimberly C Priest Johnson. Signed by Magistrate Judge Kimberly C Priest Johnson on 2/13/2023. (baf, ) (Entered: 02/13/2023) |
| 02/13/2023 | 8 (p.19) | PRETRIAL ORDER as to Ali Danial Hemani. Plea Agreement due by 3/17/2023 at 4:00 PM. Final Pretrial Conference set for 4/7/2023 at 10:00 AM in Ctrm 208 (Sherman) before District Judge Amos L. Mazzant III. Signed by Magistrate Judge Kimberly C Priest Johnson on 2/13/2023. (baf, ) (Entered: 02/13/2023) |
| 02/13/2023 | 9 (p.21) | SCHEDULING ORDER - PRETRIAL DISCOVERY & INSPECTION as to Ali Danial Hemani. Signed by Magistrate Judge Kimberly C Priest Johnson on 2/13/2023. (baf, ) (Entered: 02/13/2023) |

| 02/13/2023 | 10 (p.25) | ORDER pursuant to Rule 5(f)(1) as to Ali Danial Hemani. Signed by Magistrate Judge Kimberly C Priest Johnson on 2/13/2023. (baf, ) (Entered: 02/13/2023) |
|---|---|---|
| 02/14/2023 | 11 (p.26) | NOTICE OF ATTORNEY APPEARANCE: Michael John Pannitto appearing for Ali Danial Hemani (Pannitto, Michael) (Entered: 02/14/2023) |
| 02/15/2023 | 12 (p.28) | MOTION to Dismiss *Indictment* by Ali Danial Hemani. (Attachments: # 1 (p.12) Text of Proposed Order)(O'Shea, Brian) (Entered: 02/15/2023) |
| 02/16/2023 | 15 | Minute Entry for proceedings held before Magistrate Judge Kimberly C Priest Johnson: Detention Hearing as to Ali Danial Hemani held on 2/16/2023. Government witness: Jason Hollingshead. Detention hearing to be reopened upon Defendant finding Third-party custodian. Defendant ordered detained. Attorney Appearances: AUSA - Heather Rattan and Maureen Smith; Defense - Brian O'Shea, FPD. Exhibits admitted. Time in court from 3:16pm - 4:10pm. Dft Location: Custody. (Court Reporter Digital Recording.) (mmc) (Entered: 02/17/2023) |
| 02/17/2023 | 16 | E-GOV SEALED ARREST Warrant Returned Executed on 2/10/2023 in case as to Ali Danial Hemani. (baf, ) (Entered: 02/17/2023) |
| 02/21/2023 | 17 | **DOCKETED IN ERROR. PLEASE DISREGARD.*** ORDER granting 12 (p.28) Motion to Dismiss as to Ali Danial Hemani (1). ORDERED that the Indictment in this cause be DISMISSED. Signed by District Judge Amos L. Mazzant, III on 2/21/2023. (daj, ) Modified on 2/22/2023 (daj, ). (Entered: 02/22/2023) |
| 02/22/2023 | | Case Reopened as to Ali Danial Hemani. **CASE WAS CLOSED IN ERROR** (daj, ) (Entered: 02/22/2023) |
| 02/22/2023 | | Set Deadlines/Hearings as to Ali Danial Hemani : Plea Agreement due by 4:00 PM on 3/17/2023. Final Pretrial Conference set for 4/7/2023 10:00 AM in Ctrm 208 (Sherman) before District Judge Amos L. Mazzant III. (daj, ) (Entered: 02/22/2023) |
| 02/23/2023 | 18 (p.42) | RESPONSE to Motion by USA as to Ali Danial Hemani re 12 (p.28) MOTION to Dismiss *Indictment* (Attachments: # 1 (p.12) Text of Proposed Order)(Smith, Maureen) (Entered: 02/23/2023) |
| 03/01/2023 | 19 (p.61) | PAPER TRANSCRIPT REQUEST by Ali Danial Hemani for proceedings held on 0216/2023 before Judge Johnson. (O'Shea, Brian)(To be transcribed by Gwen Reed, GLR Transcribers. Forwarded to Gwen Reed on 3/1/2023.) (bas) (Entered: 03/01/2023) |
| 03/01/2023 | | NOTICE OF HEARING as to Ali Danial Hemani: Detention Hearing reopened and set for 3/8/2023 at 09:30 AM in Ctrm 208 (Sherman) before Magistrate Judge Kimberly C Priest Johnson. (mmc) (Entered: 03/01/2023) |
| 03/01/2023 | 20 (p.62) | NOTICE OF ATTORNEY APPEARANCE Heather Harris Rattan appearing for USA. (Rattan, Heather) (Entered: 03/01/2023) |
| 03/02/2023 | | NOTICE OF HEARING **LOCATION CORRECTION** as to Ali Danial Hemani: Detention Hearing Reopened and set for 3/8/2023 at 09:30 AM in Ctrm 108 (Plano) before Magistrate Judge Kimberly C Priest Johnson. (mmc) (Entered: 03/02/2023) |
| 03/02/2023 | | NOTICE OF HEARING **DATE CHANGE** as to Ali Danial Hemani: Detention Hearing Reopened and RESET for 3/9/2023 at 09:30 AM in Ctrm 108 (Plano) before Magistrate Judge Kimberly C Priest Johnson. (mmc) (Entered: 03/02/2023) |
| 03/02/2023 | | |

| | 21 (p.63) | MOTION *for Pretrial Release* by Ali Danial Hemani. (Attachments: # 1 (p.12) Text of Proposed Order, # 2 Appendix Appendix 1, # 3 Appendix Appendix 2)(O'Shea, Brian) (Entered: 03/02/2023) |
|---|---|---|
| 03/06/2023 | 22 (p.355) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Detention Hearing as to Ali Danial Hemani held on 2/16/2023 before Magistrate Judge Kimberly C. Priest Johnson. Court Reporter/Transcriber: Gwen Reed, GLR Transcribers,Telephone number: 409-330-1610.

**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**

Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 3/27/2023. Release of Transcript Restriction set for 6/5/2023. (bas) (Entered: 03/06/2023) |
| 03/06/2023 | 23 (p.85) | PAPER TRANSCRIPT REQUEST by USA as to Ali Danial Hemani for proceedings held on 2/16/2023 Detention Hearing before Judge Johnson. (Rattan, Heather) (Main Document 23 replaced with flattened image on 3/6/2023.) (Forwarded to Gwen Reed, GLR Transcribers on 3/6/2023.) (bas) (Entered: 03/06/2023) |
| 03/09/2023 | 26 | Minute Entry for proceedings held before Magistrate Judge Kimberly C Priest Johnson: Detention Hearing as to Ali Danial Hemani held on 3/9/2023 from 10:32am - 11:29am. Dft Location: Custody. Attorney Appearances: AUSA - Heather Rattan and Maureen Smith; Defense - Brian O'Shea, FPD.USA Exhibit #1 admitted. Witness called by USA: Jason Hollingshead. Witness called by Defendant: Deborah Sheikholeslam-Nouri. (Court Reporter Digital Recording.) (mmc) (Entered: 03/09/2023) |
| 03/09/2023 | 27 (p.508) | ADMITTED EXHIBITS LIST for Detention Hearing (Reopened) as to Ali Danial Hemani (Attachments: # 1 (p.12) Exhibit #1)(mmc) (Entered: 03/09/2023) |
| 03/15/2023 | 28 (p.86) | MOTION to Continue *Pretrial Motion Dates, Change of Plea Deadline, and Pretrial Conference Date* by Ali Danial Hemani. (Attachments: # 1 (p.12) Text of Proposed Order)(Pannitto, Michael) (Entered: 03/15/2023) |
| 03/15/2023 | 29 (p.90) | ORDER TO CONTINUE - Ends of Justice as to Ali Danial Hemani. Time excluded from 3/15/2023 until 9/1/2023. 28 (p.86) MOTION to Continue *Pretrial Motion Dates, Change of Plea Deadline, and Pretrial Conference Date* filed by Ali Danial Hemani. Plea Agreement due by 8/11/2023. Pretrial Conference set for 9/1/2023 10:00 AM in Ctrm 208 (Sherman) before District Judge Amos L. Mazzant III.. Signed by District Judge Amos L. Mazzant, III on 3/15/2023. (ch, ) (Entered: 03/15/2023) |
| 03/15/2023 | 30 (p.91) | PRETRIAL ORDER as to Ali Danial Hemani. This case is set for Final Pretrial Conference on September 1, 2023, at 10:00 a.m. in Courtroom #208, Paul Brown United States Courthouse, 101 E. Pecan St., Sherman, Texas. Signed by District Judge Amos L. Mazzant, III on 3/15/2023. (ch, ) (Entered: 03/15/2023) |
| 03/21/2023 | 31 (p.93) | OPINION AND ORDER OF DETENTION PENDING TRIAL as to Ali Danial Hemani. The Motion for Pretrial Release (Dkt. 21) is DENIED and the Government's Motion for detention is GRANTED. Signed by Magistrate Judge Kimberly C Priest |

| | | |
|---|---|---|
| | | Johnson on 3/21/2023. (mmc) (Entered: 03/21/2023) |
| 03/29/2023 | 32 (p.113) | Unopposed MOTION to Substitute Attorney by Ali Danial Hemani. (Attachments: # 1 (p.12) Text of Proposed Order)(Knight, Camille) (Entered: 03/29/2023) |
| 03/31/2023 | 33 (p.116) | PAPER TRANSCRIPT REQUEST by Ali Danial Hemani for proceedings held on 03/09/2023 - Detention Hearing before Judge Johnson. (Knight, Camille) (To be transcribed by Gwen Reed, GLR Transcribers. Forwarded to Gwen Reed on 3/31/2023.) (bas) (Entered: 03/31/2023) |
| 03/31/2023 | 34 (p.117) | ORDER - granting 32 (p.113) Motion to Substitute Attorney. Camille M. Knight and Carl David Medders for Ali Danial Hemani replacing Brian George O'Shea and Michael John Pannitto. as to Ali Danial Hemani (1). Signed by Magistrate Judge Kimberly C Priest Johnson on 3/31/2023. (baf, ) (Entered: 03/31/2023) |
| 04/05/2023 | 35 (p.404) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Detention Hearing as to Ali Danial Hemani held on 03/09/2023 before Magistrate Judge Kimberly C. Priest Johnson. Court Reporter/Transcriber: Gwen Reed, GLR Transcribers; Telephone number: 409-330-1610.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 4/26/2023. Release of Transcript Restriction set for 7/5/2023. (bas) (Entered: 04/05/2023) |
| 04/05/2023 | 36 (p.118) | MOTION to Revoke *or Amend Detention Order* by Ali Danial Hemani. (Attachments: # 1 (p.12) Text of Proposed Order)(Knight, Camille) (Entered: 04/05/2023) |
| 04/18/2023 | 37 (p.126) | Unopposed MOTION for Extension of Time to File Response/Reply as to 36 (p.118) MOTION to Revoke *or Amend Detention Order* by USA as to Ali Danial Hemani. (Attachments: # 1 (p.12) Text of Proposed Order)(Rattan, Heather) (Entered: 04/18/2023) |
| 04/18/2023 | 38 (p.129) | ORDER granting 37 (p.126) Motion for Extension of Time to File Response/Reply as to Ali Danial Hemani (1). Response is due on or before 4/24/2023. Signed by District Judge Amos L. Mazzant, III on 4/18/23. (dm, ) (Entered: 04/18/2023) |
| 04/24/2023 | 39 (p.130) | RESPONSE to Motion by USA as to Ali Danial Hemani re 36 (p.118) MOTION to Revoke *or Amend Detention Order* (Rattan, Heather) (Entered: 04/24/2023) |
| 04/28/2023 | 40 (p.142) | REPLY TO RESPONSE to Motion by Ali Danial Hemani re 36 (p.118) MOTION to Revoke *or Amend Detention Order* (Knight, Camille) (Entered: 04/28/2023) |
| 05/16/2023 | 41 (p.145) | ORDER re 36 (p.118) MOTION to Revoke *or Amend Detention Order. Having considered the Defendants request, the Court returns this matter to the Magistrate Judge to decide whether to reopen the detention hearing. Signed by District Judge Amos L. Mazzant, III on 5/16/2023. (ch, ) (Entered: 05/16/2023)* |
| 05/17/2023 | | |

| | 42 (p.147) | REFERRAL ORDER as to Ali Danial Hemani. Pursuant to the provisions of Title 28 U.S.C. § 636, it is ORDERED that the Defendant's Motions to Dismiss (Dkt. 12 (p.28) ) is REFERRED to United States Magistrate Judge Kimberly Priest Johnson for consideration and a recommended disposition. Signed by District Judge Amos L. Mazzant, III on 5/17/2023. (baf, ) (Entered: 05/17/2023) |
|---|---|---|
| 05/22/2023 | | NOTICE OF HEARING ON MOTION in case as to Ali Danial Hemani 36 (p.118) MOTION to Revoke *or Amend Detention Order* : Motion Hearing set for 6/8/2023 at 10:00 AM in Ctrm 108 (Plano) before Magistrate Judge Kimberly C Priest Johnson. (mmc) (Entered: 05/22/2023) |
| 05/22/2023 | | NOTICE OF HEARING ON MOTION in case as to Ali Danial Hemani 12 (p.28) MOTION to Dismiss *Indictment* : Motion Hearing set for 6/8/2023 at 10:00 AM in Ctrm 108 (Plano) before Magistrate Judge Kimberly C Priest Johnson. (mmc) (Entered: 05/22/2023) |
| 05/22/2023 | 43 (p.148) | ORDER as to Ali Danial Hemani. IT IS ORDERED that Defendant file supplemental briefing, no more than ten (10) pages in length, as to United States v. Connelly, F. Supp. 3d, 2023 WL 2806324 (W.D. Tex. Apr. 6, 2023) no later than May 29, 2023. The Government shall file responsive briefing, if any, no more than ten (10) pages in length no later than June 5, 2023. Signed by Magistrate Judge Kimberly C Priest Johnson on 5/22/2023. (baf, ) (Entered: 05/22/2023) |
| 05/22/2023 | 44 (p.150) | Unopposed MOTION to Continue *Hearing on Defendant's Motion to Revoke Detention Order* by Ali Danial Hemani. (Attachments: # 1 (p.12) Proposed Order)(Knight, Camille) (Entered: 05/22/2023) |
| 05/23/2023 | 45 (p.153) | ORDER granting 44 (p.150) Motion to Continue Hearing as to Ali Danial Hemani (1). Motions reset for 6/15/23 at 10:00 a.m. Signed by Magistrate Judge Kimberly C Priest Johnson on 5/23/23. (dm, ) (Entered: 05/24/2023) |
| 05/23/2023 | | NOTICE OF HEARING ON MOTIONS RESET in case as to Ali Danial Hemani: 36 (p.118) MOTION to Revoke *or Amend Detention Order*, 12 (p.28) MOTION to Dismiss *Indictment* : Motions Hearing set for 6/15/2023 10:00 AM in Ctrm 108 (Plano) before Magistrate Judge Kimberly C Priest Johnson. (dm, ) (Entered: 05/24/2023) |
| 05/28/2023 | 46 (p.154) | MEMORANDUM in Support by Ali Danial Hemani re 12 (p.28) MOTION to Dismiss *Indictment* (Knight, Camille) (Entered: 05/28/2023) |
| 06/05/2023 | 47 (p.164) | RESPONSE to Motion by USA as to Ali Danial Hemani re 12 (p.28) MOTION to Dismiss *Indictment Government's Supplemental Brief in Support of Its Response* (Smith, Maureen) (Entered: 06/05/2023) |
| 06/13/2023 | 48 (p.172) | Unopposed MOTION for Leave to File by Ali Danial Hemani. (Attachments: # 1 (p.12) Exhibit "A" - Proposed Notice, # 2 Proposed Order)(Medders, Carl) (Entered: 06/13/2023) |
| 06/15/2023 | 49 (p.178) | ORDER - granting 48 (p.172) Motion for Leave to File as to Ali Danial Hemani (1). Signed by Magistrate Judge Kimberly C Priest Johnson on 6/15/2023. (baf, ) (Entered: 06/15/2023) |
| 06/15/2023 | | Minute Entry for proceedings held before Magistrate Judge Kimberly C Priest Johnson: Motion Hearing as to Ali Danial Hemani held on 6/15/2023 re 12 (p.28) MOTION to Dismiss *Indictment* filed by Ali Danial Hemani, 36 (p.118) MOTION to Revoke *or Amend Detention Order* filed by Ali Danial Hemani from 10:53am - |

| | | |
|---|---|---|
| | | 11:56am. Court directed USA to provide supplemental brief on Motion to Dismiss within 7 days, with 7 days to respond by Defendant. Court also directed Defendant to provide supplemental brief on Motion to Reopen within 7 days, with 7 days to respond by USA. Dft Location: Custody. Attorney Appearances: AUSA - Heather Rattan; Defense - Camille Knight, David Medders.No exhibits(Court Reporter Digital Recording.) (mmc) (Entered: 06/15/2023) |
| 06/21/2023 | 50 (p.179) | REPLY TO RESPONSE to Motion by USA as to Ali Danial Hemani re 12 (p.28) MOTION to Dismiss *Indictment Government's Supplemental Brief in support of its Response to Defendant's Motion to Dismiss Indictment* (Smith, Maureen) (Entered: 06/21/2023) |
| 06/23/2023 | 52 (p.194) | MOTION for Leave to File *Supplemental Brief in Support Reopening the Hearing on Government Motion for Detention* by Ali Danial Hemani. (Attachments: # 1 (p.12) Proposed Order)(Medders, Carl) (Entered: 06/23/2023) |
| 06/26/2023 | 54 (p.197) | ORDER - granting 52 (p.194) Motion for Leave to File Supplemental Brief in Support as to Ali Danial Hemani (1). It is therefore ORDERED that the Sealed Supplemental Brief in Support (Dkt. 53 ) shall be filed under SEAL. Signed by Magistrate Judge Kimberly C Priest Johnson on 6/26/2023. (baf, ) (Entered: 06/26/2023) |
| 06/27/2023 | 55 (p.198) | MEMORANDUM in Support by Ali Danial Hemani re 12 (p.28) MOTION to Dismiss *Indictment Pursuant to the Court's Order of June 15, 2023* (Knight, Camille) (Entered: 06/27/2023) |
| 06/28/2023 | 56 (p.205) | RESPONSE by USA to 54 (p.197) Order on Motion for Leave to File, *Defendant's Sealed Supplemental Brief in Support of Reopening the Detention Hearing* (Rattan, Heather) (Entered: 06/28/2023) |
| 07/31/2023 | 57 (p.212) | OPINION AND ORDER denying 36 (p.118) MOTION to Reopen Detention Order filed by Ali Danial Hemani. Signed by Magistrate Judge Kimberly C Priest Johnson on 7/31/2023. (mmc) (Entered: 07/31/2023) |
| 07/31/2023 | 58 (p.224) | REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE as to Ali Danial Hemani re 12 (p.28) MOTION to Dismiss Indictment. For the foregoing reasons, the Court recommends the Motion (Dkt. 12) be GRANTED; and recommends finding 18 U.S.C. § 922(g)(3) to be unconstitutional after *Bruen*. Signed by Magistrate Judge Kimberly C Priest Johnson on 7/31/2023. (mmc) (Entered: 07/31/2023) |
| 08/10/2023 | 59 (p.253) | MOTION for Release from Custody *Immediately Upon Adoption of Report and Recommendations* by Ali Danial Hemani. (Attachments: # 1 (p.12) Proposed Order)(Knight, Camille) (Entered: 08/10/2023) |
| 08/11/2023 | 60 (p.258) | Digital Audio Recording Request by Benjamin Penn for proceedings held on 6/15/2023. Motion hearing before Judge Kimberly C. Priest Johnson. (bas) (Forwarded to Gwen Reed, GLR Transcribers, on 8/11/2023.) (bas). (Entered: 08/11/2023) |
| 08/11/2023 | 61 (p.259) | MOTION for Extension of Time to File *Objections to the Report and Recommendation of the United States Magistrate Judge* by USA as to Ali Danial Hemani. (Attachments: # 1 (p.12) Proposed Order)(Rattan, Heather) (Entered: 08/11/2023) |
| 08/11/2023 | | |

| | | |
|---|---|---|
| | 62 (p.262) | ***WITHDRAWN PER 63 (p.263) ORDER*** ORDER as to Ali Danial Hemani. IT IS ORDERED that the Government shall file its response to the Motion (Dkt 59), if any, on or before August 14, 2023, at 12:00 p.m. Signed by Magistrate Judge Kimberly C Priest Johnson on 8/11/2023. (baf, ) Modified on 8/11/2023 (mmc). (Entered: 08/11/2023) |
| 08/11/2023 | 63 (p.263) | ORDER as to Ali Danial Hemani re 62 (p.262) Order: IT IS ORDERED that the Court's August 11, 2023 Order (Dkt. 62) is WITHDRAWN. Signed by Magistrate Judge Kimberly C Priest Johnson on 8/11/2023. (mmc) (Entered: 08/11/2023) |
| 08/11/2023 | 64 (p.264) | ORDER as to Ali Danial Hemani. IT IS ORDERED that the Government shall file its response to the Motion (Dkt. 59), if any, on or before August 18, 2023, at 12:00 p.m. Signed by Magistrate Judge Kimberly C Priest Johnson on 8/11/2023. (baf, ) (Entered: 08/11/2023) |
| 08/11/2023 | 65 (p.265) | ORDER as to Ali Danial Hemani. IT IS ORDERED that the Defendant shall file a response to the Motion for Extension (Dkt. 61), if any, on or before August 14, 2023, at 12:00 p.m. Signed by Magistrate Judge Kimberly C Priest Johnson on 8/11/2023. (baf, ) (Entered: 08/11/2023) |
| 08/13/2023 | 66 (p.266) | RESPONSE to Motion by Ali Danial Hemani re 61 (p.259) MOTION for Extension of Time to File *Objections to the Report and Recommendation of the United States Magistrate Judge* (Knight, Camille) (Entered: 08/13/2023) |
| 08/14/2023 | 67 (p.460) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motion Hearing as to Ali Danial Hemani held on 06/15/2023 before Judge Kimberly C. Priest Johnson. Court Reporter/Transcriber: Gwen Reed, GLR Transcribers,Telephone number: 409-330-1610.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 9/5/2023. Release of Transcript Restriction set for 11/13/2023. (bas) (Entered: 08/14/2023) |
| 08/14/2023 | 68 (p.271) | ORDER - granting in part and denying in part 61 (p.259) Motion for Extension of Time to File as to Ali Danial Hemani (1). IT IS ORDERED that the Government shall have until August 16, 2023, at 5:00 p.m., to file objections to the Report and Recommendation of the United States Magistrate Judge (Dkt. #58). Signed by District Judge Amos L. Mazzant, III on 8/14/2023. (baf, ) (Entered: 08/14/2023) |
| 08/16/2023 | 69 (p.272) | OBJECTION TO REPORT AND RECOMMENDATIONS 58 (p.224) by USA as to Ali Danial Hemani (Attachments: # 1 (p.12) Proposed Order)(Rattan, Heather) (Entered: 08/16/2023) |
| 08/18/2023 | 70 (p.281) | RESPONSE to Motion by USA as to Ali Danial Hemani re 59 (p.253) MOTION for Release from Custody *Immediately Upon Adoption of Report and Recommendations* (Rattan, Heather) (Entered: 08/18/2023) |
| 08/18/2023 | | NOTICE OF HEARING ON MOTION in case as to Ali Danial Hemani: 12 (p.28) MOTION to Dismiss *Indictment* and 59 (p.253) MOTION for Release from Custody |

| | | |
|---|---|---|
| | | *Immediately Upon Adoption of Report and Recommendations* set for 8/30/2023 at 9:00 a.m. in Ctrm 208 (Sherman) before District Judge Amos L. Mazzant III. (kkc, ) (Entered: 08/18/2023) |
| 08/21/2023 | 71 (p.292) | Amended MOTION to Dismiss *Indictment* by Ali Danial Hemani. (Attachments: # 1 (p.12) Proposed Order)(Knight, Camille) (Entered: 08/21/2023) |
| 08/29/2023 | 72 (p.299) | RESPONSE to Motion by USA as to Ali Danial Hemani re 71 (p.292) Amended MOTION to Dismiss *Indictment* (Smith, Maureen) (Entered: 08/29/2023) |
| 08/30/2023 | | Receipt for Surrender of (2) Passports as to Ali Danial Hemani issued by USA, Islamic Republic of Pakistan (daj, ) (Entered: 08/30/2023) |
| 08/30/2023 | 73 | Minute Entry for proceedings held before District Judge Amos L. Mazzant, III: Motion Hearing as to Ali Danial Hemani re 58 (p.224) REPORT AND RECOMMENDATIONS as to Ali Danial Hemani re 12 (p.28) MOTION to Dismiss *Indictment*, 71 (p.292) Amended MOTION to Dismiss *Indictment* filed by Ali Danial Hemani, 59 (p.253) MOTION for Release from Custody *Immediately Upon Adoption of Report and Recommendations* filed by Ali Danial Hemani, 12 (p.28) MOTION to Dismiss *Indictment* filed by Ali Danial Hemani from 9:04 a.m. - 9:26 a.m. Maureen Smith appeared for the Government; Camille Knight and Carl David Medders for Defendant Hermani. Defendant Hermani is present. The Court convenes regarding the pending Motion and Amended Motion to Dismiss by Defendant (Dkts. # 12, 71), the R & R of the Magistrate Judge (Dkt. #58) and the Defendants Motion for Release from Custody (Dkt. #59). The Court notes the Governments response filed 8/29/2023 (Dkt. #72) to the Amended Motion to Dismiss in which the Government concedes, reserving its right to appeal, that the Defendant should be released on conditions. The Court reviews conditions with the Defendant. Defendant agrees to the conditions of release. Assuming United States v. Daniels becomes binding authority, the Court will dismiss Defendants case upon the issuance of the Fifth Circuits mandate in Daniels. Defendant remanded to custody of the USM pending release on conditions. Court adjourned at 9:26 a.m. Attorney Appearances: AUSA - Maureen Smith; Defense - Camille Knight and Carl David Medders. No exhibits. (Court Reporter Chris Bickham.) (kkc, ) (Entered: 08/30/2023) |
| 08/30/2023 | 74 | E-GOV SEALED ORDER Setting Conditions of Release. Signed by District Judge Amos L. Mazzant, III on 8/30/2023. (kkc, ) (Entered: 08/30/2023) |
| 08/30/2023 | 75 | (ORAL) ORDER granting 59 (p.253) Motion for Release from Custody as to Ali Danial Hemani (1). Defendant placed on conditions of release. Issued by District Judge Amos L. Mazzant, III on 08/30/2023. (kkc, ) (Entered: 08/30/2023) |
| 09/29/2023 | 76 (p.301) | NOTICE *to the Court* by Ali Danial Hemani (Attachments: # 1 (p.12) Exhibit Exhibit A)(Knight, Camille) (Entered: 09/29/2023) |
| 02/01/2024 | 77 (p.347) | AGREED ORDER granting 71 (p.292) Motion to Dismiss as to Ali Danial Hemani (1). Signed by District Judge Amos L. Mazzant, III on 2/1/2024. (baf, ) (Entered: 02/01/2024) |
| 02/06/2024 | | Return of two Passports as to Ali Danial Hemani via FedEx, one issued by USA and one issued by Republic of Pakistan. (dm, ) (Entered: 02/06/2024) |
| 02/29/2024 | 78 (p.349) | NOTICE *OF APPEAL* by USA as to Ali Danial Hemani re 77 (p.347) Order on Motion to Dismiss (Smith, Maureen) (Entered: 02/29/2024) |
| 02/29/2024 | | |

| | | |
|---|---|---|
| | 79 (p.351) | NOTICE OF APPEAL as to 77 (p.347) Order on Motion to Dismiss by USA as to Ali Danial Hemani. (rpc, ) (Entered: 02/29/2024) |
| 03/01/2024 | | **USCA Case Number 24-40137:**<br><br>Notice of Docketing Notice of Appeal from USCA as to Ali Danial Hemani for 79 (p.351) Notice of Appeal filed by USA. (rpc, ) (Entered: 03/01/2024) |
| 03/13/2024 | 80 (p.353) | TRANSCRIPT REQUEST by USA as to Ali Danial Hemani for proceedings held on 8/30/2023 before Judge Amos L. Mazzant, III, re 79 (p.351) Notice of Appeal Transcript due by 3/18/2024. (Smith, Maureen) Forwarded to official court reporter, Chris Bickham, on 3/13/2024. (bas) (Entered: 03/13/2024) |
| 03/25/2024 | 81 (p.497) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Ali Danial Hemani held on 8/30/2023 before Judge Amos Mazzant. Court Reporter/Transcriber: Christina Bickham,Telephone number: 903-209-4013, chris.bickham@yahoo.com.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 4/15/2024. Release of Transcript Restriction set for 6/24/2024. (Bickham, Chris) (Entered: 03/25/2024) |

# Tab 2

# Notice of Appeal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Crim. No. 4:23-CR-18-ALM |
| | § | |
| ALI DANIAL HEMANI | § | |

## **UNITED STATES OF AMERICA'S NOTICE OF APPEAL**

The United States of America gives notice that it appeals to the United States

Court of Appeals for the Fifth Circuit from the order dismissing the indictment

(Dkt. No. 77), entered on February 1, 2024.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY


02/29/2024                          */s/ Maureen Smith*
Date                                MAUREEN SMITH
                                    Assistant United States Attorney
                                    600 E. Taylor St., Suite 2000
                                    Sherman, Texas 75090
                                    (903) 868-9454

1

## **CERTIFICATE OF SERVICE**

I certify a true and correct copy of this was served via electronic mail to all

counsel of record on the 29th day of February 2024.


_/s/ Maureen Smith_____

MAUREEN SMITH

24-40137.352

**Tab 3**

**Indictment**



FILED

FEB - 8 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA          §
                                  §
v.                                §          No. 4:23CR 18
                                  §          Judge Mazzant
ALI DANIAL HEMANI                 §

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(g)(3)
(Possession of a Firearm by a
User of a Controlled Substance)

On or about August 3, 2022, in Denton County, in the Eastern District of Texas

**Ali Danial Hemani**, defendant, knowing that he was an unlawful user of a controlled

substance as defined in Title 21 United States Code, Section 802, did knowingly possess

a firearm, that is, a Glock 19, 9mm pistol, bearing serial number BRWX640, said firearm

having been shipped and transported in interstate and foreign commerce.

In violation of 18 U.S.C. § 922(g)(3) and 924(a)(8).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

#### Pursuant to 18 U.S.C. 924(d) and 28 U.S.C. § 2461(c)

As a result of committing the offenses as charged in this Indictment, defendant

shall forfeit to the United States, pursuant to 18 U.S.C. 924(d) and 28 U.S.C. § 2461(c),

any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C.

922, including but not limited to:

24-40137.12

1.    a Glock 19, 9mm pistol, bearing serial number BRWX640; and

2.    Any ammunition related to the case.

A TRUE BILL.

GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

MAUREEN SMITH
Assistant United States Attorney

Date 2/8/23

INDICTMENT - Page 2

24-40137.13

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:23CR 18 |
| | § | Judge Mazzant |
| ALI DANIAL HEMANI | § | |

## NOTICE OF PENALTY

### Count One

Violation:    18 U.S.C. § 922(g)(3)

Penalty:    Imprisonment for not more than 15 years, a fine not to exceed
$250,000, or both, and a term of supervised release of not more than
three (3) years.

Special Assessment:    $100.00

24-40137.14

**Tab 4**

**Order granting
Motion to Dismiss Indictment
(order appealed from)**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Crim. No. 4:23-cr-18-ALM-KPJ-1 |
| | § | |
| ALI DANIAL HEMANI (1) | § | |

## AGREED ORDER

A grand jury charged Defendant Ali Danial Hemani in a single-count indictment charging him with a violation of 18 U.S.C. § 922(g)(3), possession of a firearm by a user of a controlled substance. Hemani originally filed a motion to dismiss the indictment on the ground that 18 U.S.C. § 922(g)(3) is unconstitutional on its face. Dkt. No. 12. Hemani later filed an amended motion to dismiss the indictment on the ground that 18 U.S.C. § 922(g)(3) is unconstitutional as applied to Hemani. Dkt. No. 71. The government filed a response to the amended motion stating that, in light of the Fifth Circuit's decision in *United States v. Daniels*, 77 F.4th 337 (5th Cir. 2023),[1] dismissal of the indictment is appropriate on the ground raised by Hemani's amended motion — that 18 U.S.C. § 922(g)(3) is unconstitutional as applied to Hemani but that the government believes that *Daniels* was wrongly decided and that 18 U.S.C. § 922(g)(3) is valid under the Second Amendment. Dkt. No. 72. The government further reserved the right to file a notice of appeal in the case to preserve for further review the argument that *Daniels* was wrongly decided. *Id.*

---

[1] The United States has filed a petition for writ of certiorari before the Supreme Court in *Daniels*, No. 23-376, which remains pending.

24-40137.347

The parties agree, and the Court ORDERS, as follows:

The Court GRANTS Hemani's amended motion to dismiss the indictment on the ground that 18 U.S.C. § 922(g)(3) is unconstitutional as applied to Hemani (Dkt. No. 71). In light of this finding, the Court DENIES without prejudice as moot Hemani's motion to dismiss the indictment on the ground that 18 U.S.C. § 922(g)(3) is unconstitutional on its face (Dkt. No. 12).

The Court accordingly DISMISSES the indictment (Dkt. No. 1).

The government preserves its right to file a notice of appeal in this case and preserves the argument that *Daniels* was wrongly decided and that 18 U.S.C. § 922(g)(3) is valid as applied to Hemani.

**SIGNED this 1st day of February, 2024.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

24-40137.348

## **Certificate of Service**

I certify that on June 19, 2024, a copy of these record excerpts were electronically served on counsel for the appellee through use of the Court's ECF system.

*/s/ Bradley Visosky*
Bradle y Visosky